# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

DUSTIN SHORES                                                                                   PLAINTIFF

v.                                          4:20-cv-01336-JM-JJV

BILL GILKEY, Sheriff, Yell County                                                   DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact. Mail your objections to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

### DISPOSITION

On November 12, 2020, Dustin Shores ("Plaintiff") filed a *pro se* Complaint, pursuant to 42 U.S.C. § 1983, alleging Defendant violated his constitutional rights. (Doc. 1.) On November 18, 2020, I ordered Plaintiff to either pay the filing fee in full or file an Application to Proceed *In Forma Pauperis*. (Doc. 3). I sent Plaintiff copies of the necessary forms and cautioned him I would recommend dismissal if he did not comply with my instructions within thirty days. (*Id.*) Plaintiff has not responded to my Order, and the time to do so has expired. Accordingly, I

1

recommend this case be dismissed without prejudice due to a lack of prosecution.  *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

  IT IS, THEREFORE, RECOMMENDED THAT:

  1. The Complaint (Doc. 1) be DISMISSED without prejudice due to a lack of prosecution.

  2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

  DATED this 4th day of January 2021.

              _____
              JOE J. VOLPE
              UNITED STATES MAGISTRATE JUDGE