IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DUSTIN SHORES                                                                                    PLAINTIFF

v.                                              4:20-cv-01336-JM-JJV

BILL GILKEY, Sheriff, Yell County                                                     DEFENDANT

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1.  The Complaint (Doc. 1) is DISMISSED WITHOUT PREJUDICE due to a lack of prosecution.

2.  It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 26th day of January 2021.

UNITED STATES DISTRICT JUDGE