# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

DUSTIN SHORES                                                                                      PLAINTIFF

v.                                          4:20-cv-01336-JM-JJV

BILL GILKEY, Sheriff, Yell County                                   DEFENDANT

## JUDGMENT

Consistent with the Order entered separately today, this case is DISMISSED WITHOUT PREJUDICE, and this case is CLOSED.   It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.   28 U.S.C. § 1915(a)(3).

Dated this 26th day of January 2021.

_____
UNITED STATES DISTRICT JUDGE